

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:24mj21
Court Date: February 21, 2024

ANHALISE J. PYFROM-FULLER

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. E1928754

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 5, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, ANHALISE J. PYFROM-FULLER, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 5, 2023, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, ANHALISE J. PYFROM-FULLER, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

_____24 JAN 2024_____
Date